IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| QUINCY D. BUTLER, § <br> (TDCJ-CID #1899541) § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> TEXAS BOARD OF § <br> PARDONS AND PAROLES, § <br> § <br> Defendant. § | CIVIL ACTION H-13-3619 |

**ORDER**

Plaintiff's Motion for Relief from Judgment, (Docket Entry No. 12), is denied. Plaintiff's Motion to File an Amended Complaint, (Docket Entry No. 13), is denied as moot.

SIGNED on July 7, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge